UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                            :
UNITED STATES OF AMERICA      :
                                            :
          - v. -                  :       <u>WAIVER OF INDICTMENT</u>
                                            :
CHARLIE SHREM,               :       S1 14 Cr. 243 (JSR)
                                            :
              Defendant.        :
                                            :
- - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating 18 U.S.C. §§ 1960 & 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                    _____
                                                          Defendant

                                                    _____
                                                          Witness

                                                    _____
                                                      Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2014

Date:      New York, New York
            September 4, 2014