# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

10/3/14

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

October 27, 2014

BY FACSIMILE
(212) 805-7935
Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**ORDER ENDORSED**

Re:  United States v. Charlie Shrem, 14 CR 243 (JSR)

Dear Judge Rakoff:

This letter reflects a joint telephone call held earlier today between this Court's chambers, AUSA Serrin Turner, Pretrial Services Officer Gianfranco Furelli and the undersigned counsel, on behalf of Charlie Shrem, addressing counsel's application that this Court modify Mr. Shrem's bail conditions. As stipulated by the parties, Mr. Shrem's current bail conditions are as follows:

- $1 million personal recognizance bond co-signed by four financially responsible individuals and secured by two properties;

- Travel limited to the Southern and Eastern Districts of New York (on June 27, 2014, this Court modified the bail conditions to allow Mr. Shrem to travel–for a day at a time and with prior approval of Pretrial Services–to the District of New Jersey for purposes of visiting his family);

- Strict Pretrial Services supervision;

- Electronic monitoring;

- Must reside with his parents at 2812 Quentin Avenue in Brooklyn, NY;

# BRAFMAN & ASSOCIATES, P.C.

- Home detention on Friday and Saturday; 9:00 pm – 9:00 am curfew on Sunday through Thursday.

Counsel respectfully requests that this Court modify Mr. Shrem's bail conditions by changing the location of Mr. Shrem's home detention and curfew from 2812 Quentin Avenue in Brooklyn, NY, to a location in New York City known to Pretrial Services and the Government. Counsel further requests that this Court modify the days of Mr. Shrem's home detention from Friday and Saturday to Saturday and Wednesday and that Friday be subject to a 9:00 pm – 9:00 am curfew. All other bail conditions shall remain the same.

Counsel hereby requests, with the consent of the Government and Pretrial Services, that this Court grant defendant's application.

I thank the Court and the Government for their time and attention.

Respectfully submitted,

Jacob Kaplan, Esq.

cc: AUSA Serrin Turner (via email)
Pretrial Officer Gianfranco Furelli (via email)

Granted.
SO ORDERED

USDJ
10-30-14