# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 29, 2015

BY FACSIMILE
(212) 805-7935
Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Charlie Shrem,
14 CR 243 (JSR)

Dear Judge Rakoff:

This letter reflects a joint telephone call held earlier today between this Court's chambers, AUSA Daniel Noble, and the undersigned counsel, on behalf of Charlie Shrem, addressing counsel's application that this Court modify Mr. Shrem's travel conditions to allow Mr. Shrem to travel to York, Pennsylvania, from Friday, January 30, 2015, until Monday, February 2, 2015. In advance of his trip, Mr. Shrem will provide Pretrial Services with his travel plans and the exact location where he will be staying in York, Pennsylvania.

Counsel hereby requests, with the consent of the Government and Pretrial Services, that this Court grant defendant's application.

I thank the Court and the Government for their time and attention.

Respectfully submitted,

Jacob Kaplan, Esq.

cc: AUSA Serrin Turner (via email)
AUSA Daniel Noble (via emal)
Pretrial Officer Dennis Khilkevich (via email)

SO ORDERED

USDJ
1-29-15